UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| LEJAMES NORMAN, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | MISC. ACTION NO. V-12-03 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

## ORDER APPOINTING COUNSEL

LeJames Norman, an inmate on Texas' death row, has filed a *pro se* motion for the appointment of counsel. (Docket Entry No. 1). Under 18 U.S.C. § 3599(a)(2), "any [capital habeas petitioner] who is or becomes financially unable to obtain adequate representation . . . shall be entitled to the appointment of one or more attorneys." Norman, however, has not yet filed an *in forma pauperis* application indicating his indigence and, therefore, his entitlement to appointed counsel.

This Court conditionally finds that federal law entitles Norman to the appointment of federal habeas counsel. The Court conditionally authorizes Norman to proceed in federal court without the payment of fees. The Court **APPOINTS** the following attorney to represent Norman throughout his federal habeas proceedings:

**Donald David Vernay**
**1604 Golf Course Rd. SE**
**Rio Rancho, NM 87124**
**505-892-2766**

**505-892-8119 (FAX)**
**minimal243@yahoo.com**

Mr. Vernay will be compensated at the rate of $178 per hour, pursuant to 18 U.S.C. § 3599(g)(1). Mr. Vernay may submit requests for interim payment for his work.

Norman can fulfill the conditions of this appointment by filing a motion to proceed *in forma pauperis* with an accompanying showing of indigency within thirty (30) days of the entry of this Order.

SIGNED this 26th day of September, 2012.

_____
Gregg Costa
United States District Judge